1  ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
2  THE DRASKOVICH LAW GROUP
3  815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
4  702.474.4222
5  robert@draskovich.com
Attorney for Defendant

6

UNITED STATES DISTRICT COURT
7

DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERICA,        )   CASE NO: 2:24-mj-00676-DJA
                                    )
10            Plaintiff,            )
                                    )
11  vs.                            )
                                    )
12                                  )   ORDER     *TO CONTINUE*
                                    )
13                                  )
                                    )
14  WILLIAM WHYARD,                 )
                                    )
15            Defendant.            )
    _____ )
16

17      IT IS HEREBY STIPULATED AND AGREED by and between JASON M.

18  FRIERSON, United States Attorney, and SKYLER PEARSON, counsel for the United

19  States of America; and ROBERT M. DRASKOVICH, counsel for Defendant, WILLIAM

20  WHYARD, that the initial appearance/arraignment & plea hearing currently scheduled

21
22  for November 21, 2024 at the hour of 9:30 a.m., be vacated and reset to a date and

23  time convenient to this Honorable Court.

24      This Stipulation is entered into for the following reasons:

25      1.  Counsel will be out of the country the week of November 21, 2024.

26      2.   Counsel has spoken with the government who does not oppose our request
27
28  for continuance.

-1-

1    This is the first request to continue the initial appearance/arraignment & plea

2  hearing date filed herein.

3    DATED this 29th day of August, 2024.

4

5                                                    JAMES M. FRIERSON
                                                     UNITED STATES ATTORNEY

6
       Robert M. Draskovich                          Skyler Pearson
7  /s/_____       /s/_____
   ROBERT M. DRASKOVICH, ESQ.               SKYLER PEARSON
8  Nevada Bar No. 6275                      Assistant United States Attorney
9  Attorney for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

-2-

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )   CASE NO: 2:24-mj-00676-DJA
                               )
          Plaintiff,           )
                               )
vs.                            )
                               )   ***ORDER CONTINUING***
                               )   ***INITIAL APPEARANCE/ARRAIGNMENT***
                               )   ***& PLEA HEARING***
WILLIAM WHYARD,                )
                               )
          Defendants.          )
_____)

        Based upon the pending Stipulation of counsel, and good cause appearing

therefor, the Court hereby finds that:

        IT IS HEREBY ORDERED that the initial appearance/arraignment plea

matter currently scheduled for November 21, 2024 at 9:30 a.m., be vacated and

continued to December 16, 2024, 11:00 a.m., Courtroom 3A and zoom.

        DATED          this __30th__ day of __August_____, 2024.

                                    _____
                                    DANIEL J. ALBREGTS
                                    United States Magistrate Judge