ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702-474-4222
Attorney for William Whyard
robert@draskovich.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br><br><br>WILLIAM WHYARD,<br>Defendant.<br>_____ | Case No.: 2:24-mj-00676-DJA<br><br>**STIPULATION AND ORDER** |

     Defendant, WILLIAM WHYARD, by and through his attorney of record, ROBERT M. DRASKOVICH, ESQ., and Plaintiff United States of America, by and through SIGAL CHATTAH, United States Attorney, and SKYLER PEARSON, Assistant United States Attorney, stipulate that Defendant has complied with all of the court ordered requirements and pursuant to the plea agreement the charge of In Actual Physical Control of a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, should be amended to the charge of Reckless Driving, a violation of 18 U.S.C. 13 and N.R.S. 484B.653 and the original sentence in this matter applied to the amended plea.

     RESPECTFULLY SUBMITTED this 18th day of July, 2025.

/s/ SKYLER PEARSON_____
SKYLER PEARSON
Assistant United States Attorney

By: /s/ Robert M. Draskovich, Esq._____
ROBERT M. DRASKOVICH, Esq.
Counsel for Defendant Whyard

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br><br>WILLIAM WHYARD,<br>　　　　　　　Defendant. | Case No.: 2:24-mj-00676-DJA<br><br>**ORDER** |

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

The Defendant has complied with all of the court ordered requirements and pursuant to the plea agreement the charge of In Actual Physical Control of a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, is amended to the charge of Reckless Driving, a violation of 18 U.S.C. 13 and N.R.S. 484B.653.

**IT IS FURTHER ORDERED** that this case may be closed and the hearing scheduled for July 25, 2025 be vacated.

**IT IS FURTHER ORDERED** that MOTION to Appear Via Zoom (ECF no. 14) is DENIED as moot.

　　　　　　　　　　　　　　**IT IS SO ORDERED** this 18th day July, 2025.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ Robert M. Draskovich
_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant Whyard